No. D–1637. IN RE DISBARMENT OF NOXON. Stevan Noxon, of Fresno, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring

him to show cause why he should not be disbarred from the practice of law in this Court.